UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FS Management Company, *et al.*,

    Plaintiffs,

        v.                               Case No. 1:17cv549

Union Township Clermont
County CIC, Inc., *et al.*,                 Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on March 1, 2018 (Doc. 43).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 43) of the Magistrate Judge is hereby **ADOPTED.** Defendant Union Township's Motion for Judgment on the Pleadings (Doc. 40) is **GRANTED** and Union Township is **DISMISSED** as a party from this case consistent with the recommendation by the Magistrate Judge.

**IT IS SO ORDERED.**

                                                  *s/Michael R. Barrett*
                                                  Michael R. Barrett
                                                  United States District Judge